FILED

## United States District Court
### Northern District of Alabama
### Eastern Division

00 MAR -2 AM 10: 05
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| Theresa Shadrix, et al., | ] | |
| | ] | |
| Plaintiff(s), | ] | |
| | ] | |
| vs. | ] | CV-99-N-3124-E |
| | ] | |
| Orkin Exterminating Company, Inc., | ] | ENTERED |
| | ] | |
| Defendants(s). | ] | MAR 0 2 2000 |

### Order to Compel Arbitration and To Dismiss Without Prejudice

In accord with the Memorandum of Decision, entered contemporaneously herewith, it is hereby **Ordered**:

1. this action is **Stayed** and the parties are **Directed** to proceed with arbitration in accord with the terms of the contract entered on October 24, 1997;

2. the clerk of the court is **Directed** to administratively dismiss the action without prejudice to the right of any party to petition for reinstatement following arbitration proceedings, should there remain issues not resolved in arbitration;

3. any such petition for reinstatement will relate back to the date on which this order is entered; and

4. the court specifically retains jurisdiction for the purpose of effectuating the purposes of this order.



Done, this \_\_2nd\_\_ of March, 2000.

  
EDWIN L. NELSON  
UNITED STATES DISTRICT JUDGE